*David Mackay* and *Sidney A. Diamond* for petitioner. *Solicitor General Perlman* for respondents.

No. 320. BATTAGLIA ET AL. *v.* GENERAL MOTORS CORP.;
No. 321. HOLLAND ET AL. *v.* GENERAL MOTORS CORP.;
No. 322. HILGER ET AL. *v.* GENERAL MOTORS CORP.;
and
No. 323. CASHEBA *v.* GENERAL MOTORS CORP. C. A. 2d Cir. Certiorari denied. *Manly Fleischmann* and *David Diamond* for petitioners. *Henry M. Hogan* and *Nicholas J. Rosiello* for respondent. *Charles J. Margiotti* filed a brief for Thomas et al., as *amici curiae,* supporting the petition. Reported below: 169 F. 2d 254.

No. 331. WOODMANSEE *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. *Thomas J. Riordan* for petitioner.

No. 434. ADCOCK ET AL. *v.* ALBRITTON ET AL. Supreme Court of Alabama. Certiorari denied. MR. JUSTICE BLACK took no part in the consideration or decision of this application. *Thurman Arnold* for petitioners.

No. 134, Misc. TRAHAN *v.* LOUISIANA. Supreme Court of Louisiana. Certiorari denied.

No. 170, Misc. BUTLER *v.* NIERSTHEIMER, WARDEN. Circuit Court of Hancock County, Illinois. Certiorari denied.

No. 176, Misc. MURPHY *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.